*SUSSELMAN v WASHTENAW COUNTY SHERIFF'S OFFICE*

INDEX OF EXHIBITS

| | |
|---|---|
| **Exhibit 1** | Photograph of Plaintiff's vehicle and Sherriff Deputy's vehicle on 2/1/20 |
| **Exhibit 2** | Ticket 20WD00794 with "not guilty" plea |
| **Exhibit 3** | Plaintiff's letter to the Clerk of 14A-2 District Court, dated 2/5/20 |
| **Exhibit 4** | Notice To Appear regarding Ticket 20WD00794 dated 2/10/20 |
| **Exhibit 5** | Notice To Appear regarding Ticket 20WD00794 dated 7/2/20 |
| **Exhibit 6** | Letter to Prosecuting Attorney Jameel Williams, dated 7/24/20 |
| **Exhibit 7** | Email from Atty. Jameel Williams indicating he is dismissing the ticket, Plaintiff's response thanking him for his honesty. |
| **Exhibit 8** | Email from Plaintiff to Atty. Williams confirming that Plaintiff does not have to appear at the hearing scheduled for 8/4/20. |
| **Exhibit 9** | Email from Atty. Jameel Williams confirming that the hearing is being canceled. |
| **Exhibit 10** | Certified mail enclosing new ticket, with new ticket No. 20WD02853 dated 7/31/20, containing perjured statements by Deputy Jonathan King. |
| **Exhibit 11** | Plaintiff's return of Ticket 20WD02853 indicating that Plaintiff is pleading "not guilty," dated 8/7/20 |
| **Exhibit 12** | Letter dated 8/7/20 sent by Plaintiff to the Clerk of 14A-2 District Court by certified mail. |
| **Exhibit 13** | Notice To Appear for arraignment/pretrial regarding Ticket 20WD02853, dated 8/3/20. |
| **Exhibit 14** | Judgment dated 8/4/20 dismissing Case No. 20WD00794 |
| **Exhibit 15** | Return receipt indicating Plaintiff's certified mail sending Ticket 20WD02853 to the court with "not guilty" plea was received on 8/10/29. |