EXHIBIT 2

**State of Michigan**
**Uniform Law Citation**

Ticket No. **20WD00794**

Incident No. 200008712

YPSILANTI

S245585603605

MARC MITCHELL SUSSELMAN

43834 BRANDYWYNE RD

CANTON MI 48187-2167

CGX252 2020 MI 2005 FORD TAURUS TAN P A

PLYMOUTH

CHERRY HILL ANN ARBOR

WASHTENAW

DISOBEYED POLICE OFFICER DIRECTING TRAFFIC FLOW

2510

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

WENT AROUND POICE CAR FATAL CRASH BLOCKING ROADWAY

**20WD00794 SUSSELMAN MARC**

CONTACT COURT WITHIN 10 DAYS

14A-2 DISTRICT COURT Court of YPSILANTI
14A-2 DISTRICT COURT
415 W MICHIGAN AVE
734-484-6690 YPSILANTI, MI 48197

DEPUTY KING 02 01 20

DEPUTY BRIA BB NA

MI 8118100

Payment: For online ticket review info go to www.14Adistrictcourt.org

WASHTENAW CO SHERIFF

## MISDEMEANOR
## READ CAREFULLY

WARNING: If you fail to answer this citation by the date specified on the front of this citation, the court will issue a warrant for your arrest and, if this is a traffic violation, your driver license will be suspended.

NON Resident: Deposit of a cash bond or guaranteed appearance certificate does not constitute payment, and forfeiture of the bond will not dispose of this case.

RIGHTS: You have the right to:
- plead guilty or not guilty;
- have a trial by judge or jury;
- confront and present witnesses, testify, or remain silent;
- have all charges arising out of the same transaction determined at one trial.
- be represented by an attorney;
- be presumed innocent until proven guilty;

You may enter a plea of guilty or a plea of not guilty in person, by representation, or by mail. The court, however, may require your personal appearance. You must enter a plea on each charge listed on the front of this ticket by checking the appropriate box for each charge and signing your name.

MANDATORY COURT APPEARANCE: (unless waived by the court)
- Personal Injury Cases
- Operating vehicle while impaired
- Operating vehicle under the influence of alcohol/controlled substance
- Operating vehicle with unlawful blood alcohol level
- Reckless Driving
- Leaving the scene of an accident
- Driving while license is revoked or suspended
- All juvenile misdemeanors
- All nontraffic offenses

If this is for a nontraffic offense, be sure to bring this complaint with you when you appear before the court

TO PLEAD GUILTY:

You may also appear in court to plead guilty on or before that date

I enter my appearance in this case. I have been informed of my rights as set forth above. I understand that this plea will result in a judgment of conviction and that a record of the judgment will be sent to the Secretary of State. I voluntarily and knowingly waive those rights and plead guilty to the offense as charged.

|  | Date |
| Charge 1 Signature | Date |
| Charge 2 Signature | Date |
| Charge 3 Signature | |

TO PLEAD NOT GUILTY:

hearing date
or
appearance date
hearing date
appearance date

I enter my appearance in this case and plead not guilty _____ Date 2-5-20

| X Charge 1 Signature | Date |
| Charge 2 Signature | Date |
| Charge 3 Signature | |

VIOLATION FOR WHICH COURT MAY WAIVE FINE/COSTS

OFFICER CERTIFICATION

| 26WD00791 | Charge 1 Signature |
| | Charge 2 Signature |
| SUSSELMAN | Charge 3 Signature | Officer's ID No. | Date |
| Officer's Signature | | |

Agency Name | Agency ORI

PLEASE NOTE: If you do not understand these instructions, or if you have questions about what you must do, contact the court in person or by telephone on or before the appearance date or hearing date specified on the front of this citation.

MISDEMEANOR COPY