**EXHIBIT 3**

Marc M. Susselman, J.D., M.P.H.
43834 Brandywyne Rd.
Canton, MI 48187
(734) 416-5186
marcsusselman@gmail.com

February 5, 2020

Via First Class Mail

Clerk of the Court
14A-2 District Court
415 W. Michigan Ave.
Ypsilanti, MI 48197

Re: Ticket No. 20WD00794

Dear Sir or Madame:

Enclosed please find the above referenced ticket, which was issued to me on February 1, 2020. As indicated on the ticket, I am pleading not guilty.

I intend to contest this ticket and am accordingly requesting a formal hearing before a judge. I also intend at that time to request a jury trial.

Please advise me of a date and time for a formal hearing.

Thank you for your assistance.

Marc M. Susselman
Attorney at Law