**EXHIBIT 4**

STATE OF MICHIGAN
14A2 JUDICIAL DISTRICT

NOTICE TO APPEAR

CASE NO. 20W000794  OI

Case 2:20-cv-12278-BAF-RSW  ECF No. 2-6, PageID.46  Filed 08/21/20  Page 2 of 2 794

OFFENSE:  1) FAILED YIELD

| Court Address 415 W MICHIGAN AVE YPSILANTI, MI 48197 | Court Telephone (734) 484-6690 |

Plaintiff  {_}Personal service
**SUPERIOR TOWNSHIP**

**YOU ARE DIRECTED TO APPEAR AT:**

{X}The address above, courtroom _____

{_}

V

Defendant  {_}Personal service
**SUSSELMAN/MARC/MITCHELL**
43834 BRANDYWYNE RD
CANTON, MI  48187

Judge:  KIRK W. TABBEY          P-33353

**FOR THE FOLLOWING PURPOSE:**
                          DAY   DATE   TIME
{_}Pre-trial Conf

Pltf Atty/People {_}Personal service
(734) 369-6250   P-27489
STEFANI A. CARTER
4007 CARPENTER RD # 124
YPSILANTI, MI  48197

{_}Probable Cause
    Conference
{_}Prelim Exam

{_}Jury Selection

{_}Jury Trial

Defendant's Atty {_}Personal service

{_}NonJury Trial

{_}Sentencing

{_}Motion

{_}Arraignment

Officer
    KING/J

{_}Informal Hrg

{X}Formal Hearing  TUE  3/17/20 11:00 AM

If you require special accommodations
to use the court because of a
disability or if you require a foreign
language interpreter to help you fully
participate in court proceedings,
please contact the court immediately
to make arrangements.

{_}

{_}The above matter is adjourned from

Date issued: FEB. 10, 2020

Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.

4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

MC 06  (6/19)  **NOTICE TO APPEAR**