**EXHIBIT 5**

Approved, SCAO

Original - Court
1st copy - Plaintiff/Attorney
2nd copy - Defendant/Attorney

**STATE OF MICHIGAN**
**14A2 JUDICIAL DISTRICT**
**JUDICIAL CIRCUIT**

**NOTICE TO APPEAR**

CASE NO.
20W000794  OI
X-REF: 20WD00794

OFFENSE:
1) FAILED YIELD

Court address: 415 W MICHIGAN AVE, YPSILANTI, MI 48197
Court telephone no. (734) 484-6690

SUPERIOR TOWNSHIP
Plaintiff
☐ Personal service

v

SUSSELMAN/MARC/MITCHELL
43834 BRANDYWYNE RD
CANTON, MI 48187
Defendant
☐ Personal service

(216) 224-2010   P-84306
JAMEEL S. WILLIAMS
700 TOWNER ST
YPSILANTI, MI 48198
Plaintiff's attorney/People ☐ Personal service

Defendant's attorney ☐ Personal service

KING/JONATHAN
Officer

**YOU ARE DIRECTED TO APPEAR AT:**
☐ The court address above, courtroom ____
☒ VIA ZOOM-SEE ATTACHED

Judge: KIRK W. TABBEY   P-33353

**FOR THE FOLLOWING PURPOSE:**

| | DAY | DATE | TIME |
|---|---|---|---|
| ☐ Probable Cause Conf. | | | |
| ☐ Preliminary Exam | | | |
| ☐ Pre-trial Conf. | | | |
| ☐ Jury Selection | | | |
| ☐ Jury Trial | | | |
| ☐ Nonjury Trial | | | |
| ☐ Sentencing | | | |
| ☐ Motion | | | |
| ☐ Arraignment | | | |
| ☐ Informal Hearing | | | |
| ☒ Formal Hearing | TUESDAY | 8/04/20 | 1:30 PM |
| ☐ | | | |

☐ The above matter is adjourned from ____ Date

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Date issued: JULY 2, 2020

Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

MC 06 (6/19) **NOTICE TO APPEAR**