**EXHIBIT 7**

  Gmail

Marc Susselman <marcsusselman@gmail.com>

## Ticket No. 20WD007934
2 messages

---

**Jameel S. Williams, Esq.** <jwilliams@safwanlaw.com>
To: marcsusselman@gmail.com

Thu, Jul 30, 2020 at 4:49 PM

Good afternoon Mr. Susselman,

I received your letter dated July 24, 2020. After reviewing it, I recognized that you raised salient points. I wanted to inform you that the Failure to Yield will be dismissed without costs on the People's motion.

Regards,

Jameel S. Williams, Esq.

700 Towner Street

Ypsilanti, MI 48198

734-544-5353 (Office)

734-485-6251 (Fax)

www.safwanlaw.com

jwilliams@safwanlaw.com

---

**Marc Susselman** <marcsusselman@gmail.com>
To: "Jameel S. Williams, Esq." <jwilliams@safwanlaw.com>

Thu, Jul 30, 2020 at 5:10 PM

Mr. Williams,

I want to express my deepest respect for you and thank you. You are doing the correct and honest thing.

I wish you the best of luck in your nascent legal career.

Yours truly,

Marc Susselman
[Quoted text hidden]