**EXHIBIT 8**

 Gmail        Marc Susselman <marcsusselman@gmail.com>

## Ticket No. 20WD007934
5 messages

**Jameel S. Williams, Esq.** <jwilliams@safwanlaw.com>     Thu, Jul 30, 2020 at 4:49 PM
To: marcsusselman@gmail.com

Good afternoon Mr. Susselman,

I received your letter dated July 24, 2020. After reviewing it, I recognized that you raised salient points. I wanted to inform you that the Failure to Yield will be dismissed without costs on the People's motion.

Regards,

Jameel S. Williams, Esq.

700 Towner Street

Ypsilanti, MI 48198

734-544-5353 (Office)

734-485-6251 (Fax)

www.safwanlaw.com

jwilliams@safwanlaw.com

---

**Marc Susselman** <marcsusselman@gmail.com>     Thu, Jul 30, 2020 at 5:10 PM
To: "Jameel S. Williams, Esq." <jwilliams@safwanlaw.com>

Mr. Williams,

I want to express my deepest respect for you and thank you. You are doing the correct and honest thing.

I wish you the best of luck in your nascent legal career.

Yours truly,

Marc Susselman
[Quoted text hidden]

---

**Marc Susselman** <marcsusselman@gmail.com>     Fri, Jul 31, 2020 at 2:13 PM
To: "Jameel S. Williams, Esq." <jwilliams@safwanlaw.com>

Mr. Williams,

In light of your email indicating that you will be dismissing Ticket No. 20WD007934, I assume that I do not have to attend, via Zoom, the hearing that is currently scheduled for August 4, at 1:30 P.M, and that the hearing will be canceled.

Thank you again for your integrity. The dismissal is a wonderful birthday gift (my Birthday is August 2.)