# EXHIBIT 9

Best regards,

Marc Susselman

[Quoted text hidden]

---

**Jameel S. Williams, Esq.** <jwilliams@safwanlaw.com>
To: Marc Susselman <marcsusselman@gmail.com>

Mon, Aug 3, 2020 at 9:58 AM

Good morning Mr. Susselman,

Yes that is correct, you do not have to attend it will be canceled.

Happy Birthday.

[Quoted text hidden]

---

**Marc Susselman** <marcsusselman@gmail.com>
To: "Jameel S. Williams, Esq." <jwilliams@safwanlaw.com>

Mon, Aug 3, 2020 at 10:01 AM

Thank you.
[Quoted text hidden]