**EXHIBIT 10**



From the Office of
**SHERIFF JERRY L. CLAYTON**
**WASHTENAW COUNTY**
2201 Hogback Rd.
Ann Arbor, MI 48105



**CERTIFIED MAIL**

7016 2710 0001 0615 2843

neopost
08/03/2020
**US POSTAGE**
$C

Marc Susselman
43834 Brandywyne Rd
Canton, Mi 48187

48187\$2157 C03i

**State of Michigan**
**Uniform Law Citation**

Ticket No. **20WD02853**

USDOT #

Incident No.

Dept No. M6118100 (#*)

The People of ☐ the State of Michigan
☒ Township ☐ City ☐ Village ☐ County

Local LE/Warrest No

Detection Device HU STOM

BAC

**SUPERIOR**

1 of 1

THE UNDERSIGNED SAYS THAT ON

Month 07  Day 31  Year 20  At approximately ☒ A.M. ☐ P.M.  Time 06:58  Date Birth  Month 08  Day 02  Year 48

☒ Operator/Chauff. Driver License Number  **S245585603605**  SS# (last 4 digits)
MI ☐ CDL

Race W  Sex M  Height 5'08"  Weight 200  Hair BRO  Eyes  Occupation/Employer

Name (First, Middle, Last)  **MARC MITCHELL SUSSELMAN**

Street  **43834 BRANDYWYNE RD**

City  **CANTON**  State  **MI**  Zip Code  **48187-2157**

Violation Plate No  **CGX252**  Year **2020** State **MI**  Vehicle Description (Year, Make, Color)  **2005 FORD TAURUS GOLD**  Veh Type  **P | A**

THE PERSON NAMED ABOVE, in violation of  ☒ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON  **PLYMOUTH**

AT OR NEAR  **CHERRY HILL**

WITHIN ☐ CITY ☐ VILLAGE ☒ TOWNSHIP OF  **SUPERIOR**

COUNTY OF  **WASHTENAW**  DID THE FOLLOWING:

| Type | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☐ CR ☐ Warn  ☒ Misd ☐ Fug  ☐ Fel ☐ Watv | ☐ Authorization pend ☐ OW 257.602  **2510** | **DISOBEYED POLICE OFFICER DIRECTING TRAFFIC FLOW** | 1 |
| ☐ CR ☐ Warn  ☐ Misde ☐ Fug  ☐ Fel ☐ Watv | ☐ Authorization pend | | 2 |
| ☐ CR ☐ Warn  ☐ Misd ☐ Fel  ☐ Fel ☐ Watv | ☐ Authorization pend | | 3 |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)  1 ___ 2 ___ 3 ___

Key for Type: CR = Civil Infraction  Misd = Misdemeanor  Fel = Felony  Warn = Warning  Fug = Fugitive  Watv = Violation for Which Fine/Costs May be Waived  Authorization pend = Authorization pending

Remarks:  **VEHICLE WENT AROUND PATROL VEHICLE PARKED IN THE MIDDLE OF THE ROAD WITH ITS LIGHTS ON DURING A INJURY ACCIDENT INVESTIGATION. TICKET WAS REWRITTEN PER PAO THEN MAILED TO SUBJEC**

CHECK IF APPROPRIATE  ☐ Damage to Property  ☐ Local Court Bond $ ___
☐ Vehicle Impounded  ☐ Injury  ☐ Interlis Posted in Lieu of Bond
☐ Traffic Crash  ☐ Death  ☐ Appearance Certificate
Person in Active Military Service  ☐ Yes ☒ No ☒ None

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS
Appearance Date on or before  **CONTACT COURT WITHIN 10 DAYS**

Hearing Date (if applicable) on ___  ☐ Contact Court
☐ Informal Traffic Misd. (Court will Notify)  ☐ Formal Hearing Required (Court will Notify)

In the  **14A-2 DISTRICT COURT**  Court at  **YPSILANTI**

Court Address & Phone Number  **14A-2 DISTRICT COURT**
**415 W. MICHIGAN AVE**
734-484-6690  **YPSILANTI, MI 48197**

☒ I served a copy of the civil infraction citation upon the defendant or warrant request by actual appearance
I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable  **J. KING**  Month 07  Day 31  Year 20

Officer's Name (printed)  **J. KING**  Officer's ID No.  **2224**

Agency ORI  MI- **8118100**  Agency Name  **WASHTENAW CO SHERIFF**

US-07d  (rev 9/10)  Payment: For online ticket review info go to www.14Adistrictcourt.org

20WD02853    SUSSELMAN MARC

## MISDEMEANOR
### READ CAREFULLY

**WARNING:** If you fail to answer this citation by the date specified on the front of this citation, the court will issue a warrant for your arrest and, if this is a traffic violation, your driver license will be suspended.

**NON-Resident:** Deposit of a cash bond or guaranteed appearance certificate does not constitute payment, and forfeiture of the bond will not dispose of this case.

**RIGHTS:** You have the right to:
- plead guilty or not guilty;
- have a trial by judge or jury;
- confront and present witnesses, testify, or remain silent;
- be represented by an attorney;
- be presumed innocent until proven guilty;
- have all charges arising out of the same transaction determined at one trial.

You may enter a plea of guilty or a plea of not guilty in person, by representation, or by mail. The court, however, may require your personal appearance. You must enter a plea on each charge listed on the front of this ticket by checking the appropriate box for each charge and signing your name.

MANDATORY COURT APPEARANCE: (unless waived by the court)
- Personal Injury Cases
- Operating vehicle while impaired
- Operating vehicle under the influence of alcohol/controlled substance
- Operating vehicle with unlawful blood alcohol level
- Reckless Driving
- Leaving the scene of an accident
- Driving while license is revoked or suspended
- All juvenile misdemeanors
- All nontraffic offenses

If this is for a nontraffic offense, be sure to bring this complaint with you when you appear before the court

TO PLEAD GUILTY and pay your fine and costs by mail, do the following. Contact the court for the amount of your fine and costs, sign below and send this copy and your certified check or money order to the court at the address indicated on the front of the citation on or before the date specified on the front of the citation. You may also appear in court to plead guilty on or before that date.

I enter my appearance in this case. I have been informed of my rights as set forth above. I understand that this plea will result in a judgment of conviction and that a record of the judgment will be sent to the Secretary of State. I voluntarily and knowingly waive those rights and plead guilty to the offense as charged.

| ☐ Charge 1 Signature | Date |
| ☐ Charge 2 Signature | Date |
| ☐ Charge 3 Signature | Date |

TO PLEAD NOT GUILTY: (front of ticket only)

If a hearing date is specified on the front of this citation, you must appear in court on that date for trial.
or,
if an appearance date is specified on the front of this citation, you may sign below and mail this copy to the front at the address on the front of this citation on or before that date to plead not guilty. This court will notify you of your hearing date. You may also appear in court to plead not guilty on or before the appearance date.

I enter my appearance in this case and plead not guilty.

| ☐ Charge 1 Signature | Date |
| ☐ Charge 2 Signature | Date |
| ☐ Charge 3 Signature | Date |

VIOLATION FOR WHICH COURT MAY WAIVE FINE/COSTS

Contact the violation. Present this citation to any law enforcement office to certify the citation. Mail or bring the citation to the court clerk at the address shown before your appearance or hearing date.

OFFICER CERTIFICATION  I certify that the violation described on the front of the citation has been corrected.

26WD02853

GUSSELMAN

| ☐ Charge 1 Signature | | |
| ☐ Charge 2 Signature | | |
| ☐ Charge 3 Signature | | |
| Officer's Signature | Officer's ID No. | Date |
| Agency Name | Agency ORI | |

Notify the court and the Secretary of State immediately if you change your address.

**PLEASE NOTE:** If you do not understand these instructions, or if you have questions about what you must do, contact the court in person or by telephone on or before the appearance date or hearing date specified on the front of this citation.

### MISDEMEANOR COPY