**EXHIBIT 11**

## MISDEMEANOR
### READ CAREFULLY

**WARNING:** If you fail to answer this citation by the date specified on the front of this citation, the court will issue a warrant for your arrest and, if this is a traffic violation, your driver license will be suspended.

**NON-Resident** Deposit of a cash bond or guaranteed appearance certificate does not constitute payment, and forfeiture of the bond will not dispose of this case.

**RIGHTS:** You have the right to:
- plead guilty or not guilty;
- have a trial by judge or jury;
- be represented by an attorney;
- be presumed innocent until proven guilty;
- confront and present witnesses, testify, or remain silent;
- have all charges arising out of the same transaction determined at one trial.

You may enter a plea of guilty or a plea of not guilty in person, by representation, or by mail. The court, however, may require your personal appearance. You must enter a plea on each charge listed on the front of this ticket by checking the appropriate box for each charge and signing your name.

**MANDATORY COURT APPEARANCE:** (unless waived by the court)

- Personal Injury Cases
- Operating vehicle while impaired
- Operating vehicle under the influence of alcohol/controlled substance
- Operating vehicle with unlawful blood alcohol level
- Reckless Driving
- Leaving the scene of an accident
- Driving while license is revoked or suspended
- All juvenile misdemeanors
- All nontraffic offenses

If this is for a nontraffic offense, be sure to bring this complaint with you when you appear before the court.

**TO PLEAD GUILTY** and pay your fine and costs by mail, do the following: Contact the court for the amount of your fine and costs, sign below and send this copy and your certified check or money order to the court at the address indicated on the front of the citation on or before the date specified on the front of the citation. You may also appear in court to plead guilty on or before that date.

I enter my appearance in this case. I have been informed of my rights as set forth above. I understand that this plea will result in a judgment of conviction and that a record of the judgment will be sent to the Secretary of State. I voluntarily and knowingly waive those rights and plead guilty to the offense as charged.

☐ Charge 1 Signature _____ Date _____
☐ Charge 2 Signature _____ Date _____
☐ Charge 3 Signature _____ Date _____

**TO PLEAD NOT GUILTY** (traffic misdemeanor only)

If a hearing date is specified on the front of this citation, you must appear in court on that date for trial, or, if an appearance date is specified on the front of this citation, you may sign below and mail this copy to the court at the address on the front of this citation on or before that date to plead not guilty. The court will notify you of your hearing date. You may also appear in court to plead not guilty on or before this appearance date.

I enter my appearance in this case and plead not guilty.

☑ Charge 1 Signature _Ivan M. Susse_____ Date 8-7-20
☐ Charge 2 Signature _____ Date _____
☐ Charge 3 Signature _____ Date _____

**VIOLATION FOR WHICH COURT MAY WAIVE FINE/COSTS:**
Contact the violation. Present the citation to any law enforcement officer to certify the correction. Mail or bring the citation to the court clerk at the address shown before your appearance or hearing date.

**OFFICER CERTIFICATION** I certify that the violation described on the front of the citation has been corrected.

20WD02853
SUSSELMAN

☐ Charge 1 Signature _____
☐ Charge 2 Signature _____
☐ Charge 3 Signature _____

Officer's Signature _____  Officer's ID No. _____  Date _____

Agency Name _____  Agency ORI _____

Notify the court and the Secretary of State immediately if you change your address.

**PLEASE NOTE:** If you do not understand these instructions, or if you have questions about what you must do, contact the court in person or by telephone on or before the appearance date or hearing date specified on the front of this citation.

**MISDEMEANOR COPY**