EXHIBIT 12

Marc M. Susselman, J.D., M.P.H.
43834 Brandywyne Rd.
Canton, MI 48187
(734) 416-5186
marcsusselman@gmail.com

August 7, 2020

Via Certified Mail

Clerk of the Court
14A-2 District Court
415 W. Michigan Ave.
Ypsilanti, MI 48197

Re: Ticket No. 20WD02853

Dear Sir or Madame:

Enclosed please find the above referenced ticket, which was issued to me on July 31, 2020, for a traffic violation which allegedly occurred on July 31, 2020. As indicated on the ticket, I am pleading not guilty. The ticket was sent to me by certified mail on August 3, 2020, and I received the certified mail on August 6, 2020.

I intend to contest this ticket and am accordingly requesting a formal hearing before a judge. I also intend at that time to request a jury trial.

Please advise me of a date and time for a formal hearing.

Thank you for your assistance.

*Marc M. Susselman*

Marc M. Susselman
Attorney at Law

cc: Jameel S. Williams, Esq. (via regular mail)





```
                    CANTON
           480 N CANTON CENTER RD
           CANTON, MI 48187-9998
                (800)275-8777
08/07/2020                          11:38 AM
─────────────────────────────────────────────
Product              Qty   Unit      Price
                           Price
Gregory Hines         1    $0.55     $0.55
Total                                $0.55

First-Class Mail®     1              $0.55
Letter
    Ypsilanti, MI 48197
    Weight:0 Lb 0.40 Oz
    Estimated Delivery Date
       Monday 08/10/2020
Certified                            $3.55
    USPS Certified Mail #
    70183090000118161954
Return Receipt                       $2.85
    USPS Return Receipt #
    9590940254889249144794
Total                                $6.95
─────────────────────────────────────────────
Grand Total:                         $7.50
─────────────────────────────────────────────
                                     $7.50
Credit Card Remitd
    Card Name:MasterCard
    Account #:XXXXXXXXXXXX2132
    Approval #:017088
    Transaction #:655
    AID:A0000000041010         Chip
    AL:MasterCard
    PIN:Not Required         MasterCard
─────────────────────────────────────────────

*******************************************
       Due to limited transportation
       availability as a result of
       nationwide COVID-19 impacts
       package delivery times may be
       extended. Priority Mail Express®
          service will not change.
*******************************************
```