**EXHIBIT 13**

Approved, SCAO | Original - Court | 1st copy - Plaintiff/Attorney | 2nd copy - Defendant/Attorney

| STATE OF MICHIGAN 14A2 JUDICIAL DISTRICT JUDICIAL CIRCUIT | NOTICE TO APPEAR | CASE NO. 202-0852 OT X-REF: 20WD02853 OFFENSE: 1) DISOBEY P.O. |

Court address: 415 W MICHIGAN AVE, YPSILANTI, MI 48197
Court telephone no: (734) 484-6690

**Plaintiff:** SUPERIOR TOWNSHIP ☐ Personal service

V

**Defendant:** SUSSELMAN/MARC/MITCHELL, 43834 BRANDYWYNE RD, CANTON, MI 48187 ☐ Personal service

**Plaintiff's attorney/People:** (216) 224-2010 P-84306, JAMEEL S. WILLIAMS, 700 TOWNER ST, YPSILANTI, MI 48198 ☐ Personal service

**Defendant's attorney:** ☐ Personal service

**Officer:** KING/JONATHAN

**YOU ARE DIRECTED TO APPEAR AT:**
☐ The court address above, courtroom _____
☒ VIA ZOOM-SEE ATTACHED

Judge: KIRK W. TABBEY          P-33353

**FOR THE FOLLOWING PURPOSE:**

| | DAY | DATE | TIME |
|---|---|---|---|
| ☐ Probable Cause Conf. | | | |
| ☐ Preliminary Exam | | | |
| ☐ Pre-trial Conf. | | | |
| ☐ Jury Selection | | | |
| ☐ Jury Trial | | | |
| ☐ Nonjury Trial | | | |
| ☐ Sentencing | | | |
| ☐ Motion | | | |
| ☐ Arraignment | | | |
| ☐ Informal Hearing | | | |
| ☐ Formal Hearing | | | |
| ☒ ARR/PRETRIAL | WEDNESDAY | 9/23/20 | 8:30 AM |

☐ The above matter is adjourned from _____ Date

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Date issued: AUG. 3, 2020                Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

MC 06 (6/19) NOTICE TO APPEAR