EXHIBIT 14

MICHIGAN
14A2 JUDICIAL DISTRICT

**JUDGMENT**

CASE NO. 20W000794 OI

| Court Address 415 W MICHIGAN AVE | |
| --- | --- |
| YPSILANTI, MI 48197 | Court Telephone |
| { }Statute {X}Ordinance Infraction: FAILED YIELD | (734) 484-6690 |
| | Infraction Date: 2/01/20 |

SUPERIOR TOWNSHIP            VS

(734) 416-5186
SUSSELMAN/MARC/MITCHELL
43834 BRANDYWYNE RD
CANTON, MI 48187

For a defendant on active military
duty, default judgment shall not be
entered except as provided by the
Servicemembers Civil Relief Act.

**JUDGMENT**

THE COURT FINDS:

IT IS ORDERED:                    {X}5. The plaintiff moved to dismiss case.

{X}6. The case is dismissed.

Amount of judgment
Fine and
Costs                        $ _____
State costs                  $ _____
                             $ _____
Total                        $ _____
Bond forfeited               $ _____
Balance due                  $_____

**TO THE DEFENDANT:** If you fail to pay within
28 days of the date owed, the Secretary of
State may take action against your driving
privileges. In addition, the fine, costs,
and fees not paid within 56 days of the
date owed are subject to a 20% late penalty
on the amount owed.
Date owed: _____

AUG. 4, 2020                                            P-33353
Date            Judge  KIRK W. TABBEY                   Bar no.

NOTICE TO DEFENDANT: If this judgment is the result of an informal hearing, you
may appeal the decision within 7 days of the judgment date. If this judgment is
the result of a formal hearing, you may appeal the decision within 21 days of
the judgment date. If this judgment is based on an admission of responsibility,
you may file a written request to withdraw your admission within 14 days of the
admission. If this judgment is the result of a default, you may be able to have
the default judgment set aside by filing a motion within 14 days of the date the
judgment was served. You must post a cash bond equal to the total fines and
costs noted when filing a motion to set aside a default judgment.

CERTIFICATE OF SERVICE: I certify that on this date
{ }I have personally served a copy of this judgment on the defendant.
{X}I have served a copy of this judgment on the defendant by first-class mail
  addressed to his/her last-known address as defined by MCR 2.107(C)(3).

Date
CIA 02 (6/19)   JUDGMENT, Civil Infraction

Clerk/Deputy Court clerk/Magistrate
              MCR 4.101(B), 50 USC 3931