**EXHIBIT 15**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of the Court
14A-2 District Court
415 W. Michigan Ave.
Ypsilanti, MI 48197

9590 9402 5488 9249 1447 94

2. Article Number (Transfer from service label)

7018 3090 0001 1816 1954

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Julie Binder
☐ Agent
☐ Addressee

B. Received by (Printed Name): Julie Binder
C. Date of Delivery: 8/10/2

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt